# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 JUN -6 PM 5:00

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

EDDIE D. JETER
    Defendant.

Case Numbers 2:97CR20234-01-Ml
2:97CR20235-01-Ml
2:97CR20236-01-Ml
2:97CR20237-01-Ml
2:97CR20238-01-Ml
2:97CR20239-01-Ml
2:97CR20240-01-Ml
2:97CR20241-01-Ml ✓

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
(For Offenses Committed On or After November 1, 1987)

The defendant, Eddie D. Jeter, was represented by Jacob Erwin, Esq.

It appearing that the defendant, who was convicted on February 11, 2000 in the above styled cases and was placed on Supervised Release for a period of three (5) years, has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of seventeen (17) months. Each above indicated case is to be served concurrently each other and concurrent with case 2:05CR20014-01 for a total term of incarceration of seventeen (17) months.

It is recommended to the Bureau of Prisons that the defendant be incarcerated at a facility in Memphis, TN area.

FURTHERMORE, the Court hereby vacates the previously imposed period of Supervised Release. All restitution and other monetary penalties remain as previously imposed.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

Signed this the ____ day of June, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

<u>Defendant's SS No.</u>: 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
<u>Defendant's Date of Birth</u>: 09/04/1946
<u>U.S. Marshal No.</u>: 16203-076
<u>Defendant's Mailing Address</u>: 305 South Bellevue, #1006, Memphis, TN 38104

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-9-05_

315

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 315 in case 2:97-CR-20241 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT