FILED BY _____ D.C.

05 OCT 11 AM 6: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDDIE JETER,

    Defendant.

No. 97-20234-41
97-20235    97-20241
97-20236    05-20014
97-20237
97-20238
97-20239
97-20240

## ORDER GRANTING EXTENSION OF TIME TO SURRENDER

Before this Honorable Court is Defendant Eddie Jeter's Motion to extend the time period for him to surrender to the Bureau of Prisons. Based upon the statements of counsel and the record herein, the Court finds the motion well taken;

IT IS THEREFORE ORDERED ADJUDGED AND DECREED, that the Defendant's request to extend the surrender date is GRANTED. Defendant shall report directly to the specified designation with the Bureau of Prisons on November 3, 2005.

Entered this the 7 day of Oct, 2005.

THE HONORABLE JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-11-05

321

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 321 in case 2:97-CR-20241 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT